**STATE of Missouri, Respondent,**

**v.**

**Warren Charles CHUPP, Defendant/Appellant.**

### Nos. ED 103947 and ED 105335

Missouri Court of Appeals,
Eastern District,
**DIVISION FIVE.**

Filed: March 14, 2017

Tory D. Bernsen, Clayton, MO, for Defendant/Appellant.

Daniel J. Kertz, St. Louis, MO, for Respondent.

Before Philip M. Hess, C.J., Lawrence E. Mooney, J., and Kurt S. Odenwald, J.

## ORDER

PER CURIAM

Warren Chupp appeals from the judgment entered upon a jury verdict finding him guilty of speeding and driving while intoxicated. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).